UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORI C. GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-0318 (CJN) |
| ) | |
| UNITED STATES AIR FORCE, ) | |
| ) | |
| Defendant. ) | |

**<u>NOTICE OF FILING</u>**

Pursuant to this Court's Order and Hearing of September 27, 2022, and undersigned counsel's subsequent representations to the Court on October 4, 2022, Defendant United States Air Force hereby files the Second Supplemental Declaration of Teresa S. Gonzalez, attached hereto as Exhibit A.  This Declaration was unexpectedly delayed due to technical issues and difficulties in obtaining access to necessary records and systems due to Ms. Gonzalez's telework posture.

\*   \*   \*

Dated: October 17, 2022
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for Defendant*