UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORI C. GILBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES AIR FORCE,<br><br>    Defendant. | )<br>)<br>)<br>)   Civil Action No. 21-0318 (CJN)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

Pursuant to this Court's Minute Order of May 2, 2023, and as stated on the record during the Status Conference on April 25, 2023, Defendant United States Air Force, by and through undersigned counsel, hereby submits its omnibus declaration and final *Vaughn* index in support of its previously briefed Motion for Summary Judgment (ECF No. 12). Defendant further states that it is prepared to submit any supplemental briefing at this Court's instruction.

Dated: May 31, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ *Kartik N. Venguswamy*
      KARTIK N. VENGUSWAMY
      D.C. Bar No. #983326
      Assistant United States Attorney
      601 D Street, NW
      Washington, D.C. 20530
      Tel: (202) 252-1790
      kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*