UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORI C. GILBERT, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 21-0318 (CJN) <br> ) |
| UNITED STATES AIR FORCE, | ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF ERRATA

On May 31, 2023, pursuant to this Court's Minute Order of May 2, 2023, and as stated on the record during the Status Conference on April 25, 2023, Defendant United States Air Force, by and through undersigned counsel, filed its omnibus declaration and final *Vaughn* index (ECF No. 30) in support of its previously briefed Motion for Summary Judgment (ECF No. 12). Through an inadvertent error, Defendant did not include Exhibits 8 and 9 to that filing. Defendant now provides the Court and plaintiff with these mistakenly omitted exhibits and asks that this Court accept them for filing.

Dated: June 1, 2023
    Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*